**Opinion issued March 6, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-17-00878-CR

————————————

## IN RE JULIO DAVID MORALES, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Julio David Morales, proceeding pro se and incarcerated, has filed a petition for a writ of mandamus seeking to compel the trial court to rule on relator's request for a copy of the trial court record "upon a loaner basis" for use in preparing a post-conviction application for a writ of habeas corpus.[1]

---

[1] The underlying cause is *The State of Texas v. Julio David Morales*, cause number 1064706, in the 338th District Court of Harris County, Texas, the Honorable Ramona Franklin presiding.

We deny the petition.

**PER CURIAM**

Panel consists of Justices Jennings, Keyes, and Higley.

Do not publish.   TEX. R. APP. P. 47.2(b).